BRETT L. TOLMAN, United States Attorney (#8821)
TRINA A. HIGGINS, Assistant United States Attorney (#7349)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
U.S. DISTRICT COURT

2008 SEP 10  A 11: 48

DISTRICT OF UTAH

BY:_____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | |
| | VIO. 18 U.S.C. § 2422(b), Coercion and Enticement For Illegal Sexual Activity. |
| vs. | |
| KENT C. STAHELI, | |
| Defendant. | Case: 2:08-cr-00618<br>Assigned To : Stewart, Ted<br>Assign. Date : 9/10/2008<br>Description: USA v. |

The Grand Jury charges:

COUNT I
(18 U.S.C. § 2422(b))
(Coercion and Enticement)

Between June 10, 2008, and continuing through September 3, 2008, in the Central

Division of the District of Utah,

KENT C. STAHELI,

the defendant herein, did knowingly and intentionally, by means of a facility of interstate

1

commerce, persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to so; all in violation of 18 U.S.C. § 2422(b).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
United States Attorney

TRINA A. HIGGINS
Assistant United States Attorney

2